IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY M. WINHOVEN,

      Plaintiff,

v.                              CASE NO. 4:06cv228-RH/WCS

LEON COUNTY JAIL,

      Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's amended report and recommendation (document 30), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The amended report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." The clerk shall close the file.

SO ORDERED this 23d day of July, 2007.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge